# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY M STAFFORD, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:18-CV-575-JDK-JDL |
| v. | § § § | |
| JUSTICE H, STATE OF TEXAS, and MARY MURPHY, | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Johnny Stafford initiated this civil action on November 5, 2018. Docket No. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation recommending that the case be dismissed without prejudice for failure to prosecute. Docket No. 6. The Report and Recommendation was sent to Plaintiff at his address of record and returned as undeliverable. Docket No. 8. Plaintiff has not updated his address with the Court. As a result, Plaintiff has not filed any objections to the Report and Recommendation, and the prescribed time period for doing so has passed. Indeed, Plaintiff has not communicated with the Court since November 19, 2018. Docket No. 3.

Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the Magistrate Judge. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the complaint is hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **4th** day of **April, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE